the petitioner. *Mr. Louis D. Brandeis* and *Mr. William H. Dunbar* for the respondents.

---

No. 1007. WILLIAM V. SNYDER ET AL., PETITIONERS, *v.* THE AMERICAN PNEUMATIC SERVICE COMPANY ET AL. May 1, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. James H. Griffin* and *Mr. Hector T. Fenton* for the petitioners. *Mr. M. B. Philipp* for the respondents.

---

No. 1009. CHARLES WEST, ATTORNEY GENERAL, ETC., ET AL., PETITIONERS, *v.* THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY ET AL.; No. 1010. CHARLES WEST, ATTORNEY GENERAL, ETC., ET AL., PETITIONERS, *v.* GULF, COLORADO & SANTA FE RAILWAY COMPANY ET AL.; No. 1011. CHARLES WEST, ATTORNEY GENERAL, ETC., ET AL., PETITIONERS, *v.* THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY; No. 1012. CHARLES WEST, ATTORNEY GENERAL, ETC., ET AL., PETITIONERS, *v.* MIDLAND VALLEY RAILROAD COMPANY; No. 1013. CHARLES WEST, ATTORNEY GENERAL, ETC., ET AL., PETITIONERS, *v.* KANSAS CITY SOUTHERN RAILWAY COMPANY; No. 1014. CHARLES WEST, ATTORNEY GENERAL, ETC., ET AL., PETITIONERS, *v.* THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY; and No. 1015. CHARLES WEST, ATTORNEY GENERAL, ETC., ET AL., PETITIONERS, *v.* ST. LOUIS & SAN FRANCISCO RAILROAD COMPANY. May 1, 1911. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frederick N. Judson* and *Mr. Charles West* for the petitioners. *Mr. Frank Hagerman* for the respondents.